**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6729**

———————

In Re:  ROBERT MOSES WILKERSON,

Petitioner.

———————

On Petition for Writ of Mandamus.  (CR-96-167-5)

———————

Submitted:  September 24, 2002          Decided:  October 11, 2002

———————

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

Robert Moses Wilkerson, Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Moses Wilkerson has filed a petition for a writ of mandamus from this court seeking to have this court direct the district court "to respond" to a 18 U.S.C. § 3582(c)(2) (2000) motion filed on March 19, 2001. The record reveals that the district court denied this motion by order filed November 20, 2001. Accordingly, we grant Wilkerson's motion to proceed in forma pauperis but deny as moot his petition for mandamus relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>